**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In the Interest of T. C., a Child
                         In the Interest of T.L.C., a Child

Appellate case number:   01-17-00497-CV
                         01-17-00498-CV

Trial court case number: 2014-71072
                         2011-08360

Trial court:             309th District Court of Harris County

These appeals involve termination and child-protection cases. Appellant's brief initially was due on September 11, 2017.  On October 2, 2017, appellant's appointed counsel filed an *Anders* brief in each appeal.  We concluded that the appeals warranted further development by counsel, abated the appeals, remanded the cases to the trial court, and directed the trial court to appoint new appellate counsel.  The trial court appointed new appellate counsel, and appellant's brief was then due on November 6, 2017. Appellant has filed a motion for an extension to December 4, 2017 to file her brief. We **grant** the motion.  **Appellant's brief is due to be filed in these appeals no later than Monday, December 4, 2017.  No further extensions will be granted.** *See* TEX. R. APP. P. 28.4(b), 35.3(c).

Because these appeals involve termination and child-protection cases, this Court is required to bring the appeals to final disposition within 180 days of June 30, 2017, the date the notices of appeal were filed, so far as reasonably possible.  *See* Tex. R. Jud. Admin. 6.2, *reprinted in* Tex. Gov't. Code Ann., tit. 2, subtit. F app. (Vernon 2013).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually     ☐ Acting for the Court

Date: November 14, 2017